**People of the State of Illinois, Plaintiff-Appellee, v. Alexander Herron, Defendant-Appellant.**

**Gen. No. 52,711. (Abstract of Decision.)**

First District, Second Division.

October 21, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Harold A. Cowen, Joseph C. Cowen, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Richard Zulkey and Elmer C. Kissane, Assistant State's Attorneys, and Joseph Roddy, Special Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.